1 | STEVEN G. KALAR
Federal Public Defender
2 | CYNTHIA C. LIE
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant LUCATERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-13-00296 RMW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) ) | |
| FABIAN LUCATERO, | ) ) | |
| Defendant. | ) ) | |

Defendant Fabian Lucatero and the government hereby stipulate and agree that the next status hearing, currently scheduled for Monday, October 7, 2013, may be continued to Monday, November 18, 2013, at 9 a.m. The reason for the requested continuance is that the defense is engaged in ongoing investigation. Accordingly, the parties further stipulate that the time through and including November 18, 2013, may be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: October 3, 2013

s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

Stipulation to Exclude Time
CR 13-00296 RMW                                1

1
2  Dated: October 3, 2013
3                                    s/_____
                                     CYNTHIA C. LIE
4                                    Assistant Federal Public Defender
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-00296 RMW |
| Plaintiff, | ) ) ) | [] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) ) | |
| FABIAN LUCATERO, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, October 7, 2013, shall be continued to Monday, November 18, 2013, at 9 a.m.

It is further ordered that the time through and including November 18, 2013, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: October 1, 2013

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge

[] Order to Exclude Time
CR 13-00296 RMW                                     1