1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant LUCATERO

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,     )   No. CR-13-00296 RMW
                                 )
11            Plaintiff,          )   STIPULATION TO CONTINUE STATUS
                                 )   HEARING AND EXCLUDE TIME UNDER
12 vs.                           )   THE SPEEDY TRIAL ACT
                                 )
13 FABIAN LUCATERO,              )
                                 )
14            Defendant.          )
   _____)

15

16     Defendant Fabian Lucatero and the government hereby stipulate and agree that the next

17 status hearing, currently scheduled for Monday, February 24, 2014, may be continued to

18 Monday, March 24, 2014, at 9 a.m.  The reason for the requested continuance is that the defense

19 is engaged in ongoing investigation and the parties are continuing their settlement negotiations.

20 Accordingly, the parties further stipulate that the time through and including March 24, 2014,

21 may be excluded from the computation of time within which trial shall commence under the

22 Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant

23 to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

24 Dated: February 20, 2014

25                              s/_____
                                JEFFREY B. SCHENK
26                              Assistant United States Attorney

Stipulation to Exclude Time
CR 13-00296 RMW                            1

1
2  Dated: February 20, 2014
3                                        s/_____
                                         CYNTHIA C. LIE
4                                        Assistant Federal Public Defender
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Stipulation to Exclude Time
CR 13-00296 RMW                                       2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-00296 RMW |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE |
| | ) | STATUS HEARING AND EXCLUDE |
| vs. | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| FABIAN LUCATERO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, February 24, 2014, shall be continued to Monday, March 24, 2014, at 9 a.m.

It is further ordered that the time through and including March 24, 2014, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: February ___, 2014

_Ronald M. Whyte_
HON. RONALD M. WHYTE
United States District Judge

[] Order to Exclude Time
CR 13-00296 RMW                    1