1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant LUCATERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-00296 RMW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER |
| vs. | THE SPEEDY TRIAL ACT |
| FABIAN LUCATERO, | |
| Defendant. | |

Defendant Fabian Lucatero and the government hereby stipulate and agree that the next status hearing, currently scheduled for Monday, March 24, 2014, may be continued to Monday, April 14, 2014, at 9 a.m. The reason for the requested continuance is that the defense is engaged in ongoing investigation and the parties are continuing their settlement negotiations. Accordingly, the parties further stipulate that the time through and including April 14, 2014, may be excluded from the computation of time within which trial shall commence under the Speedy

///

///

///

///

Stipulation to Exclude Time
CR 13-00296 RMW                              1

1 | Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title
2 | 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).
3 | Dated: March 17, 2014
4 |                                         s/_____
  |                                         JEFFREY B. SCHENK
5 |                                         Assistant United States Attorney
6 | Dated: March 17, 2014
7 |                                         s/_____
  |                                         CYNTHIA C. LIE
8 |                                         Assistant Federal Public Defender
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FABIAN LUCATERO,<br><br>　　　　　Defendant.<br>_____ | No. CR-13-00296 RMW<br><br>[] ORDER TO CONTINUE<br>STATUS HEARING AND EXCLUDE<br>TIME UNDER THE SPEEDY TRIAL ACT |

　　　　Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, March 24, 2014, shall be continued to Monday, April 14, 2014, at 9 a.m.

　　　　It is further ordered that the time through and including April 14, 2014, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: March ___, 2014

_____
HON. RONALD M. WHYTE
United States District Judge

[] Order to Exclude Time
CR 13-00296 RMW　　　　　　　　　　　1