1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant LUCATERO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,      )   No. CR-13-00296 RMW
                                  )
12         Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                  )   HEARING AND EXCLUDE TIME UNDER
13 vs.                            )   THE SPEEDY TRIAL ACT
                                  )
14 FABIAN LUCATERO,               )
                                  )
15         Defendant.             )
   _____)
16

17     Defendant Fabian Lucatero and the government hereby stipulate and agree that the next

18 status hearing, currently scheduled for Monday, June 2, 2014, may be continued to Monday,

19 June 16, 2014, at 9 a.m. The reason for the requested continuance is that the defense counsel

20 will be unavailable on the currently scheduled date. Accordingly, the parties further stipulate

21 that the time through and including June 16, 2014, may be excluded from the computation of

22 time within which trial shall commence under the Speedy Trial Act, as the reasonable time

23 necessary for

24 ///

25 ///

26 ///

Stipulation to Exclude Time
CR 13-00296 RMW                              1

1  continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and
2  (h)(7)(B)(iv).

4  Dated: May 12, 2014

s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

7  Dated: May 12, 2014

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-00296 RMW |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE |
| | ) | STATUS HEARING AND EXCLUDE |
| vs. | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| FABIAN LUCATERO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, June 2, 2014, shall be continued to Monday, June 16, 2014, at 9 a.m.

It is further ordered that the time through and including June 16, 2014, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: O c{"4; , 2014

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge

[] Order to Exclude Time
CR 13-00296 RMW                                              1