1  STEVEN G. KALAR
   Federal Public Defender
2  GRAHAM E. ARCHER
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant LUCATERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-13-00296 RMW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING HEARING: [] |
| vs. | ) ) | ORDER |
| FABIAN LUCATERO, | ) ) | |
| Defendant. | ) ) | |

Defendant Fabian Lucatero and the government hereby stipulate and agree that the sentencing hearing, currently scheduled for Thursday, January 29, 2015, may be continued to Monday, March 30, 2015, at 9:00 a.m., in view of the pending reassignment of Mr. Lucatero's case from Ms. Lie to Mr. Archer. USPO Officer Dang has no objection to this continuance.

Dated: January 27, 2015

s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

Dated: January 27, 2015

s/_____
GRAHAM E. ARCHER
Assistant Federal Public Defender

STEVEN G. KALAR
Federal Public Defender
GRAHAM E. ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LUCATERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-00296 RMW |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| FABIAN LUCATERO, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Thursday, January 29, 2015, shall be continued to Monday, March 30, 2015, at 9:00 a.m.

Dated: January ___, 2015

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge

[] ORDER TO CONTINUE
SENTENCING
CR 13-00296 RMW                                                1